FILED

10/12/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 23-0561

## IN THE SUPREME COURT OF THE STATE OF MONTANA
### No. OP 23-0561

STEVEN JUSTIN HENDRICK,

        Petitioner,

v.

MONTANA ELEVENTH JUDICIAL DISTRICT COURT, FLATHEAD COUNTY, HONORABLE AMY EDDY, Presiding,

        Respondent.

---

### ORDER GRANTING LEAVE TO FILE AMICUS BRIEF

---

IT IS HEREBY ORDERED that the motion of Montana County Attorneys Association seeking leave to file an *amicus curiae* brief in the above-captioned matter is GRANTED.

IT IS HEREBY ORDERED that said parties shall file their *amicus* brief on or before October 18, 2023.

Electronically dated and signed below.

1

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
October 12 2023